**No. 09-8133. Donald E. Hannah, Petitioner v. Florida.**

559 U.S. 950, 130 S. Ct. 1534, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1441.

February 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 23 So. 3d 125.

**No. 09-8134. Ross A. Gray, Jr., Petitioner v. West Virginia.**

559 U.S. 950, 130 S. Ct. 1534, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1436.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

**No. 09-8137. Timothy Leggett, Petitioner v. United States.**

559 U.S. 950, 130 S. Ct. 1534, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1143.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8144. Josue Figueroa, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

559 U.S. 950, 130 S. Ct. 1534, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1246.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8157. Arthur Coleman, Petitioner v. E. Richard Bazzle, Warden.**

559 U.S. 951, 130 S. Ct. 1534, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1490.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 794.

**No. 09-8165. Alonza Hall, Petitioner v. United States.**

559 U.S. 951, 130 S. Ct. 1534, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1469.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8166. Darryl Gray, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

559 U.S. 951, 130 S. Ct. 1535, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1335.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8175. Albert Kieth Smith, Petitioner v. Larry B. Norris, Director, Arkansas Department of Correction.**

559 U.S. 951, 130 S. Ct. 1535, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1345.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8187. Andrew Rhett, Petitioner v. T. Michael Power.**

559 U.S. 951, 130 S. Ct. 1535, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1340.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8191. Warren Hester, II, Petitioner v. West Virginia.**

559 U.S. 951, 130 S. Ct. 1535, 176 L. Ed. 2d 132, 2010 U.S. LEXIS 1394.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.